NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OREXO AB, OREXO US INC.,**
*Plaintiffs-Appellees*

**v.**

**SUN PHARMACEUTICALS INDUSTRIES LTD., SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL, INC., SUN PHARMACEUTICALS INDUSTRIES, INC.,**
*Defendants-Appellants*

---

2023-2273

---

Appeal from the United States District Court for the District of New Jersey in No. 3:20-cv-12588-GC-DEA, Judge Georgette Castner.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Sun Pharma Global FZE, Sun Pharma Global, Inc., Sun Pharmaceuticals Industries Ltd. and Sun Pharmaceuticals Industries, Inc. move to dismiss the above-captioned

2      OREXO AB v. SUN PHARMACEUTICALS INDUSTRIES LTD.

appeal pursuant to Fed. R. App. P. 42(b), with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 17, 2024
Date

**ISSUED AS A MANDATE:** December 17, 2024